C. DENNIS LOOMIS, Bar No. 82359
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      cdloomis@bakerlaw.com

Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian
corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GLOBEFILL INCORPORATED, a
Canadian corporation,

          Plaintiff,

v.

ELEMENTS SPIRITS, INC., a
California corporation; KIM BRANDI,
an individual,

          Defendants.

Case No. CV10 2034 CBM PLAx

COMPLAINT FOR DAMAGES AND
INJUNCTION FOR TRADEMARK
INFRINGEMENT AND UNFAIR
COMPETITION

DEMAND FOR JURY TRIAL

Globefill Incorporated, by its attorneys, as its complaint against Defendants, alleges as follows:

## PARTIES AND JURISDICTION

1.    Globefill Incorporated (hereinafter "Globefill"), is a Canadian corporation with its principal place of business at 309 Alfred Street, Kingston, Ontario, Canada K7L3S4.

2.    Upon information and belief, defendant Elements Spirits, Inc. (hereinafter "Elements") is a California corporation with its principal place of business at 265 S. Arroyo Parkway, Suite 308, Pasadena, California 91105.

502790885

3.      Upon information and belief, defendant Kim Brandi ("Brandi") is an individual residing at 2236 Fairglen Place, Corona, California 92881 and is the Chief Executive Officer of defendant Elements (Elements and Brandi hereinafter collectively "Defendants").

4.      This is an action for trademark infringement and related claims of unfair competition under the Lanham Act, 15 U.S.C. §1125(a).  This Court has jurisdiction of this action under 28 U.S.C. §§1331, 1332, 1338(a)-(b) and 1367(a). Venue is proper in this district under 28 U.S.C. §§1391 and 1400(a).

## STATEMENT OF FACTS

5.      Globefill is the owner of Crystal Head vodka which it has promoted and sold throughout the United States since September 2008 in an inherently distinctive skull shaped bottle packaging.  Globefill is the owner of the Skull Bottle Design packaging trademark (hereinafter "Skull Bottle Mark") for vodka as shown in Exhibit A.  Globefill is also the owner of U.S. Application Serial Nos. 77/693,600 and 77/693,594 for the trademarks CRYSTAL HEAD & "Skull Bottle" Design, attached hereto as Exhibit B.

6.      Globefill has committed a significant amount of time and expense to conceive and develop its Skull Bottle Mark, and its marketing of its Crystal Head vodka packaged in its Skull Bottle Mark has centered on Meso-American observations of the Day of the Dead, which in turn represents rebirth and new beginnings.  Globefill is associated with the famous actor and entertainer, Dan Aykroyd, who has been a centerpiece of Globefill's promotion of its Crystal Head vodka and its unique Skull Bottle Mark.  Because Globefill's  association with Mr. Aykroyd, the kickoff meeting for Crystal Head vodka was held at House of Blues in Anaheim (a restaurant and club chain in which Mr. Aykroyd is a partner in ownership) in late September 2008.  This sales meeting was followed by a well publicized bottle signing by Mr. Aykroyd at Hi Times along with the general release of Crystal Head vodka for sale across Southern California independent

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   stores and "on premise" outlets. This pattern was repeated in the initial launch
2   markets of Florida, Louisiana, Texas and Nevada. In each of these markets, launch
3   meetings were held with the respective distributor sales forces at the House of
4   Blues locations in Orlando, New Orleans, Dallas and Houston and well publicized
5   bottle signings were held along with visits by Mr. Aykroyd to key "on premise"
6   accounts. In addition there was extensive media coverage including radio and
7   television interviews where Mr. Aykroyd spoke about the origins of the product
8   packaging and the tie to the Mexican Day of the Dead celebrations as well as a
9   number of print interviews in each location. The net result of all this activity was
10   that they sold out of their initial first year projection of 5,000 cases in about thirty
11   days.

12       7.   In light of this success, the decision was made to rollout Crystal Head
13   vodka across the United States using the same launch pattern of distributor sales
14   meetings (at the House of Blues wherever possible), media interviews and bottle
15   signings. This activity has resulted in one of the most successful launches in the
16   history of distilled spirits according to a variety of third parties, including Adams
17   Beverage Media, who have cited Crystal Head vodka as a "brand to watch." The
18   combination of Globefill's distinctive skull product packaging design and its
19   expansive marketing activities has created substantial goodwill in Globefill's skull
20   design package during the two years it has been on the market. Globefill is now
21   selling in 47 states, and Mr. Aykroyd has done bottle signings in 23 states with over
22   45 signings in total. The signings have attracted over 1000 people per event. Each
23   opening has been preceded by advertising for the event and included signings of the
24   bottle packaging by Mr. Aykroyd. The vodka has been so well received that, as of
25   January 2010, it has received over 535,000 hits on its website,
26   www.crystalheadvodka.com and there are over 70,000 Google references to the
27   product.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

8.   On March 10, 2010, Mr. Aykroyd also appeared as a keynote speaker at the Nightclub & Bar Convention and Trade Show in Las Vegas, during which he promoted Globefill's Crystal Head vodka and Skull Bottle Mark.

9.   As a result of Globefill's extensive marketing efforts, its high-profile and widespread promotional activity, and the highly distinctive and unique nature of Globefill's Skull Bottle Mark, Globefill's Skull Bottle Mark has become well-known in the on-premises bar and restaurant trade and among the public as a source-identifier of Globefill's Crystal Head vodka.

10.   Upon information and belief, Defendants are promoting a product called KAH Tequila using a highly similar product packaging.  Compare Exhibit A (depicting Globefill's product packaging) and Exhibit C (depicting Defendants' product packaging).

11.   Upon information and belief, Defendants' are trading on Globefill's marketing themes of Meso-American Day of the Dead celebration and rebirth and new beginnings. Defendants' March 1, 2010 press release in "The Polished Palate" tracked such advertising themes by referring to its product's "cultural roots in Aztec and Meso-American observances of Day of the Dead, which in turn represents rebirth and new beginnings."

12.   Upon information and belief, the Chief Operating Officer of Defendant Elements, Chris Melendez, in Elements' March 1, 2010 press release, stated that the KAH Tequila "easily fits in the House of Blues or a Mexican Grandmother's kitchen" (emphasis added).

13.   Upon information and belief, during the March 2010 Nightclub & Bar Convention and Trade Show, the Spring 2010 edition of the Liquid Living Magazine, of which defendant Brandi is the publisher, was distributed to attendees. That edition of defendant Brandi's Liquid Living Magazine featured an article about Defendants' KAH Tequila showing its product packaging. Exhibit C. This article again tracked Meso-American theme.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

14.   During a telephone conversation between counsel for the parties on March 18, 2010, counsel for Defendants, Robert A. Rivas of Adorno & Yoss, stated that Defendants have experienced instances of actual confusion.  In particular, the following conversation took place:

> Mr. Rivas: "My client has told me that people have been going up to them [Elements] asking them [Elements] if they are associated with the vodka."
>
> Globefill's counsel:  "Did you just say that people have been coming up to your client to ask whether they [Elements] were associated with the vodka."
>
> Mr. Rivas: "Yeah, John, you are an IP lawyer.  Nobody can own the skull-shaped bottle.  In fact, we may have a cross-claim on this issue."
>
> Globefill's counsel: "Please!  If you are going to word it that way.  So there's been actual confusion the other way too?"
>
> Mr. Rivas:  "Yes, because people do not believe that anyone can own a skull-shaped bottle."

## COUNT I:

### UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN IN VIOLATION OF LANHAM ACT § 43(A); 15 U.S.C. §1125(a)

15.   Globefill hereby repeats, and incorporates by reference, the allegations set forth in paragraphs 1 through 14 herein.

16.   Defendants' use of the Skull Bottle Mark in association with a competing alcoholic product constitutes unfair competition and a false designation of origin that is likely to deceive customers and prospective customers concerning the source of Defendants' products, in violation of § 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

17.   Defendants' actions are likely to cause confusion or mistake among the public as to the true origin and sponsorship of Defendants' products, and to confuse the public into believing that Defendants' products are somehow associated with Globefill, in violation of section 43(a) of the Lanham Act. 15 U.S.C. § 1125(a).

18.   Upon information and belief, all of the acts complained of herein by defendant  Elements were and are under the direction and control of defendant Brandi.

19.   By the aforesaid acts, Defendants have falsely designated the origin, quality and nature of their goods and business and have falsely described and represented same, causing likelihood of confusion and constituting unfair competition in violation of Section 43(a) of the Lanham Act (15 U.S.C § 1125(a)). Unless enjoined by this Court from so doing, Defendants will continue to engage in its acts of false representation and designation as complained of herein, to the irreparable damage and injury of Globefill.

20.   Upon information and belief, the aforesaid acts of false designation of origin by Defendants have been undertaken with knowledge of Globefill's exclusive rights to the Skull Bottle Mark, and are willful, entitling Globefill to an award of treble damages and attorneys' fees in bringing and maintaining this action, pursuant to Section 35(b) of the Trademark Act, 15 U.S.C. § 1117(b).

WHEREFORE, plaintiff Globefill requests judgment as follows:

A.   That Defendants jointly and severally, along with their officers, agents, servants, employees, attorneys, confederates, and all other persons in active concert or participation with Defendants to whom notice of the injunction is given by personal service or otherwise, be enjoined, at first preliminarily and, thereafter, permanently, from making any use of the Skull Bottle Mark in any manner whatsoever;

1       B.    That Defendants jointly and severally be ordered to deliver up to the

2   plaintiff for destruction all materials comprising, associated with, bearing or

3   packaged in the Skull Bottle Mark;

4       C.    That Defendants jointly and severally be ordered to recall all goods,

5   advertisements and promotional materials comprising, associated with, bearing or

6   packaged in the Skull Bottle Mark from their present locations, including, but not

7   limited to, locations owned by others;

8       D.    That Defendants jointly and severally be required to account to

9   Globefill for any and all profits derived by them and to compensate Globefill for all

10   damages sustained by Globefill by reason of the acts complained of herein, and that

11   such damages be trebled;

12       E.    That Defendants jointly and severally pay Globefill's attorneys' fees,

13   costs, and disbursements incurred in this action in view of the exceptional nature of

14   this case due to the willful and intentional nature of the infringement;

15       F.    Such other and further relief as the Court deems just.

16   Dated:  March 19, 2010           BAKER & HOSTETLER LLP

17

18

19                       C. Dennis Loomis
                    Attorneys for Plaintiff

20                       GLOBEFILL INCORPORATED, a
                    Canadian corporation

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## JURY TRIAL DEMAND

Plaintiff demands a jury trial as to all matters properly so tried.

Dated:   March 19, 2010                        BAKER & HOSTETLER LLP


_____
C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a
Canadian corporation

# EXHIBIT A

**EXHIBIT A**



**EXHIBIT B**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2010-03-19 15:53:41 ET

**Serial Number:** 77693600 Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**



Crystal Head

**(words only):** CRYSTAL HEAD

**Standard Character claim:** No

**Current Status:** An office action suspending further action on the application has been mailed.

**Date of Status:** 2010-01-07

**Filing Date:** 2009-03-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**Attorney Assigned:**
AYALA LOURDES

**Current Location:** L6X -TMEG Law Office 106 - Examining Attorney Assigned

**Date In Location:** 2010-01-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Globefill Incorporated

**Address:**
Globefill Incorporated
309 Alfred Street

Exhibit B – Page 10

Kingston, Ontario K7L3S4
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
(Based on Intent to Use) Vodka(Based on 44(d) Priority Application) Vodka
**Basis:** 1(b), 44(d)
**First Use Date:** 2008-09-00
**First Use in Commerce Date:** 2008-09-00

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Description of Mark:** The mark consists of the front view of a bottle in the shape of a skull with a topper on the top of the bottle with the words "CRYSTAL HEAD" shown below it.

**Design Search Code(s):**
**02.11.10** - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human
**19.09.02** - Bottles, jars or flasks with bulging, protruding or rounded sides; Flasks with bulging or protruding sides; Jars with bulging or protruding sides

**Prior Registration Number(s):**
3602523

**Foreign Application Number:** 1418234
**Country:** Canada
**Foreign Filing Date:** 2008-11-13

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-03-18 - Amendment to use processing complete

2010-03-18 - Amendment to Use filed

2010-03-17 - TEAS Amendment of Use Received

Exhibit B – Page 11

2010-01-07 - Notification Of Letter Of Suspension E-Mailed

2010-01-07 - LETTER OF SUSPENSION E-MAILED

2010-01-07 - Suspension Letter Written

2009-12-17 - Teas/Email Correspondence Entered

2009-12-17 - Communication received from applicant

2009-12-17 - Assigned To LIE

2009-12-09 - TEAS Response to Office Action Received

2009-06-10 - Notification Of Non-Final Action E-Mailed

2009-06-10 - Non-final action e-mailed

2009-06-10 - Non-Final Action Written

2009-06-09 - Assigned To Examiner

2009-03-24 - Notice Of Design Search Code Mailed

2009-03-23 - New Application Office Supplied Data Entered In Tram

2009-03-21 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John H. Weber

**Correspondent**
JOHN H. WEBER
BAKER & HOSTETLER
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036-5304
Phone Number: 202.861.1500
Fax Number: 202.861.1783

Exhibit B – Page 12

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2010-03-19 15:54:24 ET

**Serial Number:** 77693594 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** CRYSTAL HEAD

**Standard Character claim:** No

**Current Status:** An office action suspending further action on the application has been mailed.

**Date of Status:** 2010-01-07

**Filing Date:** 2009-03-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**Attorney Assigned:**
AYALA LOURDES

**Current Location:** L6X -TMEG Law Office 106 - Examining Attorney Assigned

**Date In Location:** 2010-01-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Globefill Incorporated

**Address:**
Globefill Incorporated
309 Alfred Street

Exhibit B – Page 13

Kingston, Ontario K7L3S4
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

---

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
(Based on Intent to Use) Vodka(Based on 44(d) Priority Application) Vodka
**Basis:** 1(b), 44(d)
**First Use Date:** 2008-09-00
**First Use in Commerce Date:** 2008-09-00

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Description of Mark:** The mark consists of the side view of a bottle in the shape of a skull with a topper on the top of the bottle with the words CRYSTAL HEAD shown below it.

**Design Search Code(s):**
**02.11.10** - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human
**19.09.25** - Other bottles, jars or flasks

**Prior Registration Number(s):**
3602523

**Foreign Application Number:** 1418235
**Country:** Canada
**Foreign Filing Date:** 2008-11-13

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-03-18 - Amendment to use processing complete

2010-03-18 - Amendment to Use filed

2010-03-17 - TEAS Amendment of Use Received

2010-01-07 - Notification Of Letter Of Suspension E-Mailed

Exhibit B – Page 14

2010-01-07 - LETTER OF SUSPENSION E-MAILED

2010-01-07 - Suspension Letter Written

2009-12-17 - Teas/Email Correspondence Entered

2009-12-17 - Communication received from applicant

2009-12-17 - Assigned To LIE

2009-12-09 - TEAS Response to Office Action Received

2009-06-10 - Notification Of Non-Final Action E-Mailed

2009-06-10 - Non-final action e-mailed

2009-06-10 - Non-Final Action Written

2009-06-09 - Assigned To Examiner

2009-03-24 - Notice Of Design Search Code Mailed

2009-03-23 - New Application Office Supplied Data Entered In Tram

2009-03-21 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John H. Weber

**Correspondent**
JOHN H. WEBER
BAKER & HOSTETLER
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036-5304
Phone Number: 202.861.1500
Fax Number: 202.861.1783

# EXHIBIT C

**EXHIBIT C**



Exhibit C – Page 16

# EXHIBIT D

*FEATURE ARTICLE*

## KAH TEQUILA

# SPIRIT OF THE
# AFTER PARTY

by Ruth Hackman

*The new artisanal tequila is a true,
down-to-Earth luxury accessible to all...*

O Over the past couple of decades, we've seen tequila evolve from a spring break and game day staple to a myriad of spirits. Hit your favorite bar or retailer, and you'll find a tequila for everybody, from the urban hipster to the devoted foodie to a traditionalist Mexican grandparent paying his respects to his culture and heritage. Just like Mexican food, tequila is no longer a one-size-fits-all affair. Available in high end, budget priced, regionalized and, now, fresh organic variations, distillers now have tequilas designed for every type of tequila fan.

Kim Brandi and her company, Elements Spirits Inc., meanwhile, bucked trendiness in favor of launching KAH Tequila, which draws its inspiration from Mexico's Day of the Dead. This choice seems a little surprising at first glance. However, when one discovers that Day of the Dead (originated with the Aztecs 3,000 years ago) is actually a celebration of life, creating a tequila around it makes perfect sense.

"The word KAH literally means life when its translated into English from its original language." notes Brandi. "The hand-crafted bottles are also directly inspired by the motifs and sugar-fashioned skulls that decorate the festivities and represent the continued presence of the spirit. The experience of buying, drinking and even cooking with KAH is meant to be a metaphor for celebrating life whenever and wherever you can."

### Rethinking History

Brandi carefully thought the concept through, starting with actual Day of the Dead festivities observed in Mexico in the first week of November, coinciding with America's Halloween. The two holidays share many similarities, from skulls and spirit motifs to parties, parades, a seemingly endless supply of sweets and food, and the fact both holidays are observed as a no-holds-barred celebration of life.

While some Americans may find it strange to mix the concepts of death and festivities, for most Mexicans and Hispanic-Americans, the two ideas are inseparable. The indigenous peoples of Mexico kept tradition and culture alive by believing that the souls of their departed loved ones came back to visit with their living relatives. All guests, living and dead, are there to eat, drink and be merry. For this reason, people stage the festivities at cemeteries or decorate their homes with cheerfully decorated skull artwork. Day of the Dead also celebrates life and love that in many ways resembles Valentine's Day more than Halloween.

Graves, altars and the favorite foods and drinks of the departed are lovingly prepared by family and

Exhibit D – Page 17



KAH Tequila Blanco, is perfectly suited for classic warm weather cocktails and recipes involving fish and poultry, as it is characterized by an immediate full agave rush, followed by a spicy white pepper punch and an unusual pumpkin-floral finish.

KAH Tequila's Reposado is the perfect margarita foundation, with its balance of sweet notes, oak and agave.

KAH Anejo, meanwhile, is the perfect mate for barbequed meats and a post-BBQ cigar, with its subtle wood notes, smooth body, vanilla spice notes and sweet melon finish.

The KAH 41/2 year old Anejo limited edition bottle, meanwhile, not only bears the best of this precious liquid, but is cased in a bottle adorned with Swarovski crystals. Brandi and Melendez emphasize this incarnation is intended for special celebrations and has its own story of authenticity as skulls of noble families unearthed by archaeologists were found with gems embedded in them.

Exhibit D – Page 18

## SPIRIT OF THE AFTER PARTY continued

friends – candles are lit and incense is burned, providing the perfect backdrop for shared memories and prayers to call the dead to the party. Like any good party brimming with friends, family, good food and music, the festivities go well into the night, and sometimes until dawn. With America becoming more multi-cultural, in turn, the traditions have not only found their way into America via Mexican-American communities, but in other countries around the world. In Prague, Czech Republic, for example, local citizens celebrate the Day of the Dead with masks, candles, and sugar skulls. Mexican-style Day of the Dead celebrations can also be found in Wellington, New Zealand, complete with altars celebrating the deceased with flowers and gifts. Throughout the year and around the world, Day of the Dead motifs turn up in other pop cultural phenomena such as the popularity of tattoos, car culture, rock music cover art and high fashion.

"While the skull bottle definitively taps into Mexican tradition, it also strikes a nerve in our modern world," admits Brandi. "Celebrity tattoo artist Kat Von D's Day of the Dead tattoos are heavily influenced by these traditions, and now finding their way onto t-shirts and a cosmetic line available at Sephora. Lowrider Magazine recently dedicated a whole issue to Day of The Dead-inspired artwork and the Latino artists bring it to life stateside."

### The Life of The Party

Besides being culturally attuned and naturally curious about the world around her, the L.A.-based and New York City-bred Brandi boasts a multi-faceted background in magazine publishing, graphic design and product marketing—a triple threat that has made her a star in her field.

Through the years, Brandi has actively sought out opportunities to work with different producers of tequila—her spirit of choice. She describes this sensory journey as one that allows her to indulge in her passions, including different forms of Latino visual artwork and tequila tasting (especially the Anejo). Inspired by the artistry of two of L.A.'s top street artists, Javier Gonzales and Sandra Lugo, combined with the spiritual impact of Day of the Dead ultimately led her to bring KAH to life. The buzz about the bottles is already generating interest in product extensions such as KAH Style – a line of t-shirts and custom jewelry.

> Every single bottle of KAH is a work of art—hand-painted and individually numbered. No two bottles are the same, and what's inside is just as one-of-a-kind.

  

Chris Melendez, COO, Elements Spirits, Inc., agrees that KAH Tequila, by design, compels with real substance, including traditional Aztec and Meso-American observances of Day of the Dead, which in turn represent rebirth and new beginnings. KAH also offers life-affirming organic and Kosher certifications, enabling a greater number of people to discover what makes tequila an essential part of entertaining and appreciating life as they do in Mexico.

Melendez, who like Brandi, has gotten to know Mexican culture intimately through his work, points out that in rural Mexico, Day of the Dead is very much an institution. It was as important to him as it was to Brandi that both the tequila's manufacture and its bottles capture that enduring spirit, from each variety's distinctive design to the quality of the flavors inside.

"The steps taken to garner these certifications insure high quality, and superior taste that will reflect well on the host serving the drinks," he says.

"Furthermore, I think people will appreciate that the production facility is one of the few environmentally correct distilleries in Mexico, using its own water from its private artesian well on property. This aspect is combined with over 50 years of distilling and aging expertise."

While Melendez enjoys drinking the various varieties of KAH, he also proclaims he enjoys making a Tequila pasta with the KAH Reposado, roasting peppers and chilies on the grill, letting them cool, peeling them, placing them in a blender with shallots, chives, and garlic and finally pureeing the mix with KAH Reposado. After reducing the sauce by 30% in a hot skillet and simmering it with grilled, shredded chicken, he places it on top of al dente linguini and pairs it with a glass of the Reposado.

Tequila and cooking are synonymous in today's elite culinary circles and increasingly so in the American diet. More and more often, you are seeing food pairings with tequila. KAH's originality as a tequila with historical roots, combined with its artisanal qualities make it even more of a perfect fit with a variety of foods. Though you could buy a spirit with a tie to some celebrity, most true tequila fans are seeking out an authentic product like KAH, which has a history, a story, and a very high degree of quality.

*Join the After Party by texting KAH to 53137.*

Exhibit D – Page 19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV10- 2034 CBM (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

C. DENNIS LOOMIS (SBN 82359)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Attorneys for Plaintiff Globefill Incorporated, a
Canadian corporation

COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation<br><br>PLAINTIFF(S)<br><br>V.<br><br>ELEMENTS SPIRITS, INC., a California corporation; KIM BRANDI, an individual<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CBM<br>CV10 2034 ◄ PLAx<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>ELEMENTS SPIRITS, INC. and KIM BRANDI</u>

A lawsuit has been filed against you.

Within 2 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Baker & Hostetler LLP</u>, whose address is <u>12100 Wilshire Boulevard, 15th Floor Los Angeles, California 90025</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ MAR 2 2 2010 _____

By: _____ CHRISTOPHER POWERS _____

Deputy Clerk

SEAL

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GLOBEFILL INCORPORATED, a Canadian corporation

**DEFENDANTS**
ELEMENTS SPIRITS, INC., a California corporation; KIM BRANDI, an individual

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
C. Dennis Loomis (Bar No. 82359)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
(310) 820-8800

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ According to proof

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement 15 U.S.C. §1125(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

if yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Elements Spirits, Inc. - Los Angeles County<br>Kim Brandi - Riverside County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date March 19, 2010

C. Dennis Loomis

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com