# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV10-2034 CBM(PLAx) | Date | June 4, 2012 |
|---|---|---|---|
| Title | Globefill Incorporated vs Elements Spirits, Inc., et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**         IN CHAMBERS/OFF THE RECORD


On the Court's own motion, this case is set for a Status Conference on Monday, June 11, 2012 at 11:00 A.M.  Ex Parte Status Reports shall be filed on or before June 7, 2012.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-2034 CBM(PLAx) | Date | June 4, 2012 |
|---|---|---|---|
| Title | Globefill Incorporated vs Elements Spirits, Inc., et al | | |