1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            CENTRAL DISTRICT OF CALIFORNIA

10

11   GLOBEFILL INCORPORATED, a              Case No. 10-CV-2034 CBM (PLAx)
     Canadian corporation,
12                                          [PROPOSED] ORDER GRANTING
              Plaintiff and Counter-Defendant,   STIPULATION FOR PROTECTIVE
13   v.                                     ORDER CONCERNING
                                            CONFIDENTIAL INFORMATION
14   ELEMENTS SPIRITS, INC., a
     California corporation,
15
              Defendants and Counter-
16            Claimants

17            -and-

18   KIM BRANDI, an individual,

19                 Defendant.

20

21        Based upon the Stipulation for Protective Order concurrently filed on

22   April 15, 2013 regarding the handling of documents, testimony, information, and

23   other materials filed, produced or otherwise disclosed in the above-captioned

24   matter, and finding good cause therefor, IT IS HEREBY ORDERED that:

25        The Stipulation for Protective Order is hereby GRANTED:

26   Dated:  April 16, 2013              _____/s/ - Paul L. Abrams_____
                                         Paul L. Abrams
27                                       United States Magistrate Judge

28