STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
MICHAEL SALVATORE (SBN 281118)
msalvatore@holmesweinberg.com
HOLMES WEINBERG, P.C.
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100
Facsimile: (310) 457-9555

ROBERT L. MEYLAN (SBN 144031)
rmeylan@mdjalaw.com
SHAUNT T. AREVIAN (SBN 237698)
sarevian@mdjalaw.com
BENEDETTO L. BALDING (SBN 244508)
bbalding@mdjalaw.com
MEYLAN DAVITT JAIN & AREVIAN LLP
444 S. Flower Street, Suite 1850
Los Angeles, California 90071
Telephone: (213) 225-6000
Facsimile: (213) 225-6660

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTS SPIRITS, INCORPORATED and KIM BRANDI,<br><br>Defendants. | Case No. 10-CV-2034 CBM (PLAx)<br><br>[Hon. Consuelo Marshall]<br><br>**DECLARATION OF SHAUNT T. AREVIAN IN SUPPORT OF ELEMENTS SPIRITS, INC.'S MOTIONS IN LIMINE #1-5**<br><br>Date: October 29, 2013<br>Time: 2:30 p.m.<br>Place: Courtroom 2 |

# DECLARATION

I, Shaunt T. Arevian, hereby declare as follows:

1. I am counsel for Defendant Elements Spirits, Inc. ("Elements"). I submit this declaration in support of Elements' motions in limine numbers 1-5. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the report and curriculum vitae of Patrick Anderson, Globefill Inc.'s ("Globefill") damages expert.

3. Attached as Exhibit B is a true and correct copy of the report and of Raul G. Marmol, Globefill's alcoholic beverage industry expert.

4. Attached as Exhibit C is a true and correct copy of the Trademark Assignment and Royalty Agreement between Elements and its distiller, Fabrica de Tequila Finos S.A. de C.V. ("FINOS"), date October 23, 2010. Elements has previously de-designated the confidential and attorney's eyes only designation for this document and, thus, has not submitted it under seal here.

5. Counsel for Elements has repeatedly requested that Plaintiff provide a supplemental damages analysis from Mr. Anderson, including as late as this past Friday, September 27, 2013. To date, however, Plaintiff has failed to do so.

6. Attached as Exhibit D is a true and correct of the Complaint in the matter, <u>Elements Spirits, Inc. et al. v. Worldwide Spirits, Inc. et al.</u>, Case No. 56-2011-00397242-CU-BC-VTA, filed May 19, 2011 ("Worldwide Spirits Action").

7. Attached as Exhibit E is a true and correct copy of the Request for Dismissal signed by the Court in the Worldwide Spirits Action, filed March 28, 2012.

8. Attached as Exhibit F is a true and correct copy of the Common Stock Purchase Agreement, dated June 1, 2010, pursuant to which World Wide

Spirits acquired 51% of the common stock in Elements. Elements has previously de-designated the confidential and attorney's eyes only designation for this document and, thus, has not submitted it under seal here.

9. Attached as Exhibit G is a true and correct copy of the Initial Reply and Additional Survey Submitted by Dr. Bruce Isaacson, Dkt. No. 170.

10. Attached as Exhibit H is a true and correct copy of excerpts from deposition of Dr. Bruce Isaacson.

11. Attached as Exhibit I is a true and correct copy of the Expert Report of Hal Poret, Dkt. No. 165-3.

12. Attached as Exhibit J is a true and correct copy of the Initial Expert Report of Dr. Bruce Isaacson and Exhibits, Dkt. Nos. 131-3 and 131-4.

13. Attached as Exhibit K is a true and correct copy of the Expert Report submitted by Dr. Bruce Isaacson in the case, Akiro LLC v. House of Cheatham, Inc. et al., Case No. 12-CV-5775 (JSR).

14. Attached as Exhibit L is a true and correct copy of the Court's tentative ruling on evidentiary issues relating to Globefill's motion for summary judgment and motion for preliminary injunction.

15. Attached as Exhibit M is a true and correct copy of a May 10, 2013 email from counsel for Globefill, Kelu Sullivan, to counsel for Elements, Steven Weinberg, and copying myself and others.

16. Attached as Exhibit N is a true and correct copy of an article by Jerre B. Swann, entitled "Likelihood of Confusion Studies and the Straightened Scope of Squirt," 98 The Trademark Reporter 739 (2008).

17. Attached as Exhibit O is a true and correct copy of the Declaration of Kristina Arnold, January 28, 2013, Dkt. No. 131-6.

18. Attached as Exhibit P is a true and correct copy of the Declaration of Kristina Arnold, July 6, 2012, Dkt. No. 94-1.

PRINTED ON RECYCLED PAPER

19. Attached as Exhibit Q is a true and correct copy of Exhibits VV through JJJ to the Declaration of Kelu Sullivan, May 20, 2013, Dkt. No. 172.

20. Attached as Exhibit R is a true and correct copy of the Declaration of David Brown, May 20, 2013, Dkt. No. 169.

21. Attached as Exhibit S is a true and correct copy of excerpts of the deposition transcript of William Anderson.

22. Attached as Exhibit T is a true and correct copy of excerpts of the deposition transcript of Dan Aykroyd.

23. Attached as Exhibit U is a true and correct copy of excerpts of the deposition transcript of David Brown.

24. Attached as Exhibit V is a true and correct copy of the deposition transcript of Kristina Arnold.

25. Attached as Exhibit W is a true and correct copy of the Declaration of Andre Vega, Dkt. No. 26-4.

26. Attached as Exhibit X is a true and correct copy of the Declaration of Eric Goldstein, Dkt. No. 26-5.

27. Attached as Exhibit Y is a true and correct copy of the Declaration of George Alvarez, Dkt. No. 26-3.

28. Attached as Exhibit Z is a true and correct copy of an article entitled, "New York Seeks to Delete Phony Online Reviews," Associated Press, September 23, 2013, available at http://www.npr.org/templates/story/story.php?storyId=225460972&ft=1&f.

29. Attached as Exhibit AA is a true and correct copy of the Declaration of Kelu Sullivan, dated January 28, 2013, Dkt. No. 131-10.

30. Attached as Exhibit BB is a true and correct copy of the G0012211-13, produced by Globefill on September 16, 2013.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1st day of October, 2013 in Los Angeles, California.

_____/s/ Shaunt T. Arevian_____

SHAUNT T. AREVIAN