# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>ELEMENTS SPIRITS, INC. and KIM BRANDI,<br><br>    Defendants. | Case No. 10-CV-2034 CBM (PLAx)<br><br>**JUDGMENT**<br><br>*Judge: Hon. Consuelo B. Marshall*<br><br>Trial Date:    November 19, 2013 |

The above-entitled action was tried before the Honorable Consuelo B. Marshall, United States District Judge, and a duly-empaneled jury, from November 19, 2013 through December 3, 2013. The jury rendered its Special Verdict on December 3, 2013 in favor of Defendants Elements Spirits, Inc. and Kim Brandi and against Plaintiff Globefill Incorporated.

/ / /

/ / /

/ / /

/ / /

1 | Now therefore, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants Elements Spirits, Inc. and Kim Brandi and that Plaintiff Globefill Incorporated shall take nothing by its Second Amended Complaint.

Any application to tax costs or motion for attorney's fees must be filed per the Local Rules.

DATED:  December 18, 2013

_____
 Honorable Consuelo B. Marshall
 United States District Judge