# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | **CV 10-2034-CBM(PLAx)** |
| Title: | ***GLOBEFILL INCORPORATED v. ELEMENTS SPIRITS, INC., ET AL.,*** |
| Date | MARCH 23, 2017 |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David H. Berg/Michael Fay<br>Hernan Vera/ Zenobia Bivens<br>Jenny H. Kim | Jon B. Miller/Rebecca Rettig<br>Thomas Rafferty/Keith Hummel<br>Nathan Denning |

\_\_\_\_ Day Court Trial    5^TH (held and continued) Day Jury Trial

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by

X    Witnesses called, sworn and testified.      X   Exhibits identified.    X   Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.                    \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s) is read and filed   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.    Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to    **MARCH 24, 2017 AT 8:00 A.M.**    for further trial/further jury deliberation.

\_\_\_\_ Other:

| | **8** : **20** |
|---|---|
| | Initials of Deputy Clerk   YS |

cc:  all parties of record