UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation, | CASE NO. 2:10-cv-02034-CBM (PLAx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ELEMENTS SPIRITS, INC., a California corporation; and KIM BRANDI, an individual, | |
| Defendants. | |

Consistent with the jury's verdict (Dkt. No. 588), the Permanent Injunction Order (Dkt. No. 619), and the Order Re: Plaintiff's Motion for Disgorgement of Profits (Dkt. No. 621), judgment is entered against Defendants Elements Spirits, Inc. and Kim Brandi, and in favor of Plaintiff Globefill Incorporated.

Date:  September 13, 2017

Honorable Consuelo B. Marshall
United States District Judge