```
 1              UNITED STATES OF AMERICA

 2           UNITED STATES DISTRICT COURT

 3          CENTRAL DISTRICT OF CALIFORNIA

 4                 WESTERN DIVISION

 5

 6                     - - -

 7          HONORABLE CONSUELO B. MARSHALL,

 8       UNITED STATES DISTRICT JUDGE PRESIDING

 9                     - - -

10

11
    GLOBEFILL INCORPORATED, a      )
12  Canadian corporation           )
                                    )   CERTIFIED COPY
13             PLAINTIFF,           )
                                    )   CV 10-2034 CBM
14  VS.                            )
                                    )
15  ELEMENTS SPIRITS, INC., a       )
    California corporation, and     )
16  KIM BRANDI, an individual,      )
                                    )
17             DEFENDANTS.          )
    _____)
18

19            TRIAL DAY EIGHT - VERDICT
         REPORTER'S TRANSCRIPT OF PROCEEDINGS
20            FRIDAY, MARCH 29, 2017
                 A.M. SESSION
21            LOS ANGELES, CALIFORNIA

22

23          SHERI S. KLEEGER, CSR 10340
         FEDERAL OFFICIAL COURT REPORTER
24       312 NORTH SPRING STREET, ROOM 402
         LOS ANGELES, CALIFORNIA 90012
25              PH:  (213)894-6604
```

```
 1

 2   APPEARANCES OF COUNSEL:

 3   ON BEHALF OF PLAINTIFF:
            BERG & ANDROPHY
 4          BY:  DAVID BERG, ESQUIRE
                 ZENOBIA HARRIS BIVENS, ATTORNEY AT LAW
 5               VICKIE MERY, ATTORNEY AT LAW
                 3704 TRAVIS STREET
 6               HOUSTON, TEXAS  77002-9550

 7          BERG & ANDROPHY
            BY:  JENNY H. KIM, ATTORNEY AT LAW
 8               MICHAEL M. FAY, ESQUIRE
                 120 WEST 45TH STREET, 38TH FLOOR
 9               NEW YORK, NY  10036

10          BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
            LINCENBERG & RHOW, P.C.
11          BY:  HERNAN D. VERA, ESQUIRE
                 1875 CENTURY PARK EAST
12               23RD FLOOR
                 LOS ANGELES, CALIFORNIA  90067-2561
13
     ON BEHALF OF DEFENDANT:
14          CRAVATH, SWAINE & MOORE LLP
            BY:  THOMAS G. RAFFERTY, ESQUIRE
15               KEITH R. HUMMEL, ESQUIRE
                 REBECCA RIGGET, ATTORNEY AT LAW
16               NATHAN DENNING, ESQUIRE
                 825 EIGHTH AVENUE
17               NEW YORK, NY  10019

18          MILLER JOHNSON LAW OFFICES
            BY:  JON B. MILLER, ESQUIRE
19               427 C STREET
                 SUITE 410
20          SAN DIEGO, CA  92101

21

22

23

24

25
```

1

2

                        I   N   D   E   X
3    WITNESS                DIRECT    CROSS      REDIRECT    RECROSS
           (NONE OFFERED.)

4

5                     NUMBER              PAGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   LOS ANGELES, CALIFORNIA; FRIDAY, MARCH 24, 2017
 2                       A.M. SESSION
 3
 4
 5              THE CLERK:  Calling item No. 1, case number
 6   CV-10-2034:  Globefill Incorporated versus Elements
 7   Spirits, Incorporated, et al.
 8              Counsel, please state your appearance.
 9              MR. BERG:  Good morning, Your Honor.
10              THE COURT:  Good morning.
11              MR. BERG:  David Berg for Globefill.
12              I'm here with my partners Jenny Kim, Mike
13   Fay, our colleagues Zenobia Bivens, Vickie Mery, and our
14   local counsel and friend Mr. Hernan Vera.  I almost
15   forgot.  Thank you.
16              THE COURT:  Good morning to all.
17              MR. HUMMEL:  He has a football team.
18              Good morning, Your Honor.
19              Keith Hummel for Elements Spirits.
20              With me is Thomas Rafferty and Rebecca
21   Rettig.
22              THE COURT:  Good morning.
23              MR. MILLER:  Good morning, Your Honor.
24              Jon Miller for Kim Brandi.
25              THE COURT:  Good morning.
```

1           So there is a note from the jury.  It is

2  Note No. 2.

3           If you remember, Note No. 1 was the note

4  advising us of the foreperson and the hours that the

5  jury expected to be working today.

6           So this is Note 2, and it says the jury has

7  reached a unanimous verdict.  And so we just -- I just

8  wanted to advise counsel that we have the note.

9           The clerk will bring the jury in.  They will

10  be seated in the jury box.  I'll take a look at the

11  verdict.  And if I feel that it's in the form that it

12  should be, in other words, they have unanimously

13  answered Question No. 1 and Question No. 2, if it's

14  necessary for them to answer that, then the verdict will

15  be read.

16           If either side wishes to have the jury

17  polled, I will ask you that question.  We'll poll them

18  if you wish.  And if everything is in order, then the

19  Court would thank and excuse the jury.

20           Yesterday, I did raise with the parties if

21  there is another phase or additional evidence to be

22  presented when you wanted to do that.

23           I'm available to do it today.  I'm also

24  available tomorrow.  And I was interested in a time

25  estimate.  So I don't know if you had time to discuss

1   that.

2           MR. BERG:  Your Honor, I think I speak for

3   both sides.  We would like to submit papers instead of

4   an evidentiary hearing.  The facts are pretty -- we

5   believe are pretty cut and dry.

6           Mr. Fay, do you agree with that?

7           MR. FAY:  Yes, Your Honor.  I spoke with

8   counsel today, and I think maybe the best way to do it

9   would be to submit some argument with supporting

10  exhibits, and then maybe there will be a need for an

11  evidentiary hearing.  But I think that the principal

12  issues between the parties are legal.

13          THE COURT:  All right.  If that's agreeable,

14  then after the jury is excused, we can then talk about

15  when to expect the briefs.

16          But does counsel also agree?

17          MR. HUMMEL:  It's agreeable to Elements,

18  Your Honor.

19          THE COURT:  Okay.  And then is Brandi

20  involved in this issue as well?

21          MR. MILLER:  I don't believe so, Your Honor.

22  But --

23          THE COURT:  What do the plaintiffs think?

24  Or have you not --

25          MR. FAY:  Well, there's two factual issues,

```
 1    Your Honor.  One would be, you know, the facts relating
 2    to any request for a disgorgement and the other would be
 3    attorney fees.
 4              THE COURT:  Okay.
 5              MR. FAY:  So I think the facts related to
 6    disgorgement, that's documentation we received from
 7    Elements.  And attorney fees is obviously something that
 8    we have to provide them.  And we discussed the
 9    possibility we might even agree on a number and then
10    disagree on the law.
11              THE COURT:  Okay.  Well, that's acceptable
12    to me.  And then after I receive the briefs, then if I
13    felt that an evidentiary hearing was needed or if either
14    of you felt it was needed, then the Court could schedule
15    it.
16              But I'm not planning to do that today or
17    tomorrow, and so that's why I raised the question.
18              All right.  We're ready to have the clerk
19    escort the jury in, please.
20              And so while the clerk is doing that, I just
21    want to compliment counsel in the case.  I thought that
22    both sides did an excellent job representing the clients
23    that you represent.
24              Sometimes clients don't have the opportunity
25    to see the representation.  They don't always understand
```

```
 1    the issues.  But I just wanted to congratulate for you a
 2    job well done.
 3                  MR. BERG:  Thank you, Your Honor.
 4                  MR. HUMMEL:  Thank you, Your Honor.
 5                  MS. KIM:  Thank you, Your Honor.
 6                  (THE JURORS ENTER THE COURTROOM.)
 7                  THE COURT:  The record should reflect that
 8    we do have our eight deliberating jurors seated in the
 9    courtroom.
10                  I have a Jury Note No. 2.  It indicates the
11    jury has reached a unanimous verdict.
12                  So the portable mic should be with the
13    foreperson.  And I will ask him to state his name for
14    the record and then advise the Court if it is true that
15    the jury has reached a unanimous verdict.
16                  So where is that portable mike?
17                  JURY FOREPERSON:  Thanks very much.
18                  THE COURT:  Would you state your name for
19    the record, please.
20                  JURY FOREPERSON:  Yeah, I'm Mathew Humphry.
21                  THE COURT:  And you are the foreperson of
22    the jury?
23                  JURY FOREPERSON:  Yes, Your Honor.
24                  THE COURT:  And is it correct that the jury
25    has reached a unanimous verdict?
```

1          JURY FOREPERSON:  Yes.

2          THE COURT:  So if you will give the verdict

3  form to the bailiff, he'll give it to the clerk and I

4  will review it.

5          JURY FOREPERSON:  Okay.

6          THE COURT:  The clerk will read the verdict.

7          THE CLERK:  United States District Court,

8  Central District of California.

9          Globefill Incorporated, plaintiff versus

10  Elements Spirits, Incorporated, and Kim Brandi

11  defendants.  Case No. 10-2034-CBM-PLA.

12          Court's Verdict Form.

13          We the jury unanimously find as follows:

14          Number 1, do you find the defendants used a

15  trade dress in a manner that is likely to cause

16  confusion among ordinary consumers as to the sources,

17  sponsorship, affiliation, or approval of the parties'

18  goods?

19          See Court Instruction No. 19.

20          As to defendant Elements Spirits,

21  Incorporated, the answer is yes.

22          As to defendant Kim Brandi, the answer is

23  yes.

24          If you answered yes to Question 1, proceed

25  to Question 2.

1          Question 2, do you find the defendants used

2     the trade dress wilfully or intentionally?

3          See Court Instruction No. 21.

4          As to defendant Elements Spirits,

5     Incorporated the answer is yes.

6          As to defendant Kim Brandi, the answer is

7     yes.

8          Dated March 29, 2017.

9          Signed by the foreperson of the jury.

10         THE COURT:  Either side wish to have the

11    jury polled?

12         MR. HUMMEL:  Yes, Your Honor.

13         THE COURT:  If the clerk --

14         MR. BERG:  We do not, Your Honor.

15         THE COURT:  All right.  If the clerk will

16    begin.

17         MR. BERG:  We defer to counsel.

18         THE CLERK:  Juror No. 1, is the verdict as

19    presented and read your verdict?

20         JUROR NO. 1:  Yes.

21         THE CLERK:  Juror No. 2, is the verdict as

22    presented and read your verdict?

23         JUROR NO. 2:  Yes.

24         THE CLERK:  Juror No. 3, is the verdict as

25    presented and read your verdict?

```
1              JUROR NO. 3:  Yes.

2              THE CLERK:  Juror No. 4, is the verdict as

3   presented and read your verdict?

4              JUROR NO. 4:  Yes.

5              THE CLERK:  Juror No. 5, is the verdict as

6   presented and read your verdict?

7              JUROR NO. 5:  Yes.

8              THE CLERK:  Juror No. 6, is the verdict as

9   presented and read your verdict?

10              JUROR NO. 6:  Yes.

11              THE CLERK:  Juror No. 7, is the verdict as

12   presented and read your verdict?

13              JUROR NO. 7:  Yes.

14              THE CLERK:  Juror No. 8, is the verdict as

15   presented and read your verdict?

16              JUROR NO. 8:  Yes.

17              THE COURT:  All answered yes.

18              So at this time, unless there are matters

19   that counsel wishes to raise with the Court, the Court

20   would intend to thank and excuse the jury.

21              Anything further from the plaintiffs?

22              MR. FAY:  No, Your Honor.

23              MR. BERG:  Just our thanks to the jury for

24   all their service and their decision.

25              Thank you so much.
```

```
1            THE COURT:  And the defendants?
2            MR. HUMMEL:  The same, Your Honor.
3            Thank you for your service.
4            THE COURT:  Mr. Miller.
5            MR. MILLER:  Thank you.
6            THE COURT:  So you have fulfilled the duties
7   and responsibilities that you promised that you would
8   fulfill when you took your oath as jurors.
9            You listened to all the evidence in the
10  case, listened to the arguments of counsel, the
11  instructions of law, and then given the exhibits that
12  were received into evidence and sent into the jury room
13  to deliberate.  You have done so, and now returned a
14  verdict.
15           So you are now excused from the case.
16           And if you are curious about further jury
17  obligations or whether you will be summoned again this
18  year, or questions of that type, those can be answered
19  for you by someone in the jury assembly room.
20           So you can go to that location.  They can
21  answer those questions.  On the other hand, you can
22  communicate with them in some other way now if you wish
23  to do so.
24           You have jury badges that do need to be
25  returned.  So I will just the courtroom deputy can they
```

```
 1   return those here, or do they need to go to the jury

 2   assembly room for that purpose?

 3              THE CLERK:  They can return them to the

 4   assembly room.

 5              THE COURT:  All right.  It looks like you

 6   need to go there anyway.

 7              Now that you have been excused from the

 8   case, you are free to discuss, do research, talk about

 9   all of those things that you were precluded from doing

10   while you were serving as a juror in the case.

11              But I always caution the jurors.  We,

12   meaning the Court, the lawyers, are not permitted to

13   attempt to question you about how you reached the

14   verdict.

15              So it is fine for you to speak with the

16   attorneys in the case, if you wish to do so.  Fine for

17   you to speak with the Court.  But neither the Court nor

18   counsel will ask you:  How did you arrive at this

19   verdict?

20              That is something that we are not permitted

21   to do, and we will not make that inquiry.

22              There are times, though, that we can learn

23   valuable lessons from the jury that help us, certainly

24   helpful to the Court as I impanel other jurors,  and

25   helpful to counsel to the extent that they have other
```

1    trials that they may be presenting to jurors.

2         For example, for me, yesterday I had not

3    thought about the fact that when you already have a jury

4    that's been impaneled but continuing to hear evidence on

5    a Tuesday, Tuesday being that day when we summon new

6    jurors, that there is a very long line downstairs, and

7    some arrangement should probably be made for those who

8    are already serving to enter the courthouse.

9         So that is something that I will speak with

10   the security about so that we can take care of that.  So

11   that was just an unknown to me, even considering that I

12   have been here for many, many years, I just have not

13   encountered that issue.

14        There are also other things that may have

15   occurred from the moment that you received your summons

16   until this moment.  And you may of questions about that.

17   You may have -- seek answers to some procedure that you

18   were concerned about.  And if that should be the case,

19   then I am the person that would attempt to answer those

20   questions.  Or if I am unable to do so, I would get an

21   answer from whoever is in a best position to answer the

22   questions.  And that just helps us with panels to come

23   in the future.

24        If there were anything -- if there was

25   anything that you noticed while you were with us --

1  equipment not working or things not going exactly as you

2  would like -- you bring that to my attention.  To the

3  extent that I can do something about it, I will.

4         I don't know if I mentioned, but this is

5  only the second jury that I've tried in this new

6  courthouse.  So all of you probably realize that we, for

7  many years, were in a courthouse that was built in the

8  1930s.  Clearly different architecture, not all this

9  modern equipment.

10        Many of us got accustomed to the old things

11  and are still adjusting to the newness of this, but we

12  are finding that things may not be working quite the way

13  that we expect them to.

14        So this morning I understand that the coffee

15  machine wasn't working for you.  And I'm told that one

16  answer is that everything is electric in the building is

17  based on movement.  So when we're not in the room and

18  we're not moving around, then the lights are not on and

19  probably nothing else that needs electricity is working.

20  So I don't know if that's the problem with the coffee

21  machine, but I am prepared to order a traditional coffee

22  machine so that in the future jurors who come won't have

23  that problem.  They'll have another alternative.

24        Our bailiff solved the problem for you, as I

25  understand, and just let those of you who are coffee

1  drinkers or needed a hot drink, he escorted you

2  downstairs so that that could happen.

3          So there are lots of small things that those

4  of us who do this on a daily basis, we get so accustomed

5  to that we may not even notice the things that you

6  notice when you're coming into a courtroom, and it is

7  not the usual activity for you, so you'll notice things

8  that we don't.

9          So I would love to have you bring those to

10  my attention.

11          I am available to speak with any of you who

12  wish to speak with me, but you don't have to stay.  You

13  can always write to me.  It may be that it's a beautiful

14  day outside, and your interest is just getting outside

15  since you have fulfilled your duties and have been

16  excused.

17          If you wish to speak to the lawyers, I'm

18  sure they would be willing to speak to you too.  So

19  that's just for you to tell us.

20          So when the bailiff escorts you out, if any

21  of you would like to speak with me or like to speak with

22  the attorneys in the case, let the bailiff know that.

23  You will have to remain, of course, for that purpose.

24          If, on the other hand, you are just ready to

25  say good-bye, we understand that.  And if there is

1  communication for me, you can always write and I will

2  respond to you.

3           So we thank you again for your service in

4  the case.  I hope you are feeling good about the service

5  that you've rendered in terms of serving as a juror in a

6  case.  Without those like yourselves who are willing to

7  assume this responsibility, the system of justice that

8  we have in this country would not work because we could

9  not have jury trials.

10           And not every country has jury trials.  We

11  are actually proud of our system, and we hope you are as

12  well.  And we again thank you for the service that you

13  have rendered.

14           I'm probably forgetting something.  I see

15  the clerk looking up at me.  So what is it that I

16  forgot?

17           (COURT AND CLERK CONFER.)

18           THE COURT:  Ah, so important.  So we ordered

19  lunch for you already.  And yesterday I think there was

20  a slight snag for some of you.  You made had

21  arrangements, I guess, on Friday to have your lunch

22  yesterday, but then we provided lunch to you yesterday.

23           But lunch has been ordered.  So you may

24  return to the room and eat lunch there, if you wish to

25  do so.  I suppose you could take it with you if it's in

```
 1    a form that you could do that.

 2            So if you wish to have lunch -- I don't know

 3    when it will come up, but the clerk can probably tell

 4    us.

 5            THE CLERK:  Noon.

 6            THE COURT:  Okay.  So it will come up at

 7    noon.  So pretty soon.  But some of you may just want to

 8    leave.  And if that is your desire, you may do that as

 9    well.

10            So that's all I have to say at this point.

11    But just to thank you again for the service that you

12    have rendered.

13            It may be that if you go up to the jury

14    office, return the badges, get information that you may

15    want for future, then by the time you do that and come

16    back down the lunch may even be here.  So that's an

17    option as well.

18            I also thank the bailiff for the service

19    that's been rendered.  So here in federal court in civil

20    cases we typically do not have a bailiff in the

21    courtroom except when we reach that point that we're

22    going to have deliberating jurors.  And so we thank him

23    for his service as well.

24            You are now excused.

25            THE CLERK:  All rise.
```

```
 1                    (THE JURORS EXIT THE COURTROOM.)

 2              THE COURT:  So the jury has been excused.

 3   Whether they have questions or want to speak with any of

 4   us, I don't know yet.  But the bailiff would tell us

 5   that immediately.  And if so then I would make the

 6   necessary arrangements.  We would either bring them back

 7   here in the courtroom.  Or the last trial that we had,

 8   just about a week or so ago, we were able to go into the

 9   jury room and speak with them.

10              But I have to tell you, it's a pretty small

11   room.  So not large enough to accommodate all of you.

12              So first we'll see if they want to talk to

13   us.  I will make those arrangements.  If they don't,

14   then they will leave the building, and hopefully they

15   will have the lunch that the government is providing.

16              Are there matters that counsel wish to

17   address on the record other than to advise me about the

18   briefing schedule?  If you've made a decision on that,

19   you might just want to put that on the record, or you

20   may want to file a document with the Court like in the

21   form of a stipulation that sets forth that information.

22              MR. FAY:  Yes, Your Honor.  Why don't we do

23   that.  Give me an opportunity to speak with counsel and

24   see if we can't come up with a schedule and then file a

25   stipulation.
```

1          THE COURT:  And that's acceptable to the

2  defense?

3          MR. HUMMEL:  Of course, Your Honor.

4          THE COURT:  Good.

5          So anything else?  If not, then I would ask

6  that you just wait a few minutes here in the courtroom.

7  The clerk will tell us if the jurors want to leave now

8  or would like to speak with us.  And as I said, if they

9  want to speak with Court and counsel, one or the other,

10 then I will make the necessary arrangements.

11          MR. FAY:  Thank you.

12          THE COURT:  Thank you.  We are in recess

13 now.

14          (PROCEEDINGS CONCLUDED.)

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES      )

                           )  SS.

STATE OF CALIFORNIA        )


I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

JUDICIAL CONFERENCE OF THE UNITED STATES.


DATE: MARCH 31, 2017


/S/_____

SHERI S. KLEEGER, CSR

FEDERAL OFFICIAL COURT REPORTER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## /

**/S** [1] - 18:21

## 1

**1** [7] - 1:3, 2:1, 2:11, 6:12, 6:22, 7:16, 7:18
**10-2034-CBM-PLA** [1] - 6:9
**19** [1] - 6:17
**1930s** [1] - 12:6

## 2

**2** [8] - 1:25, 2:4, 2:11, 5:8, 6:23, 6:24, 7:19, 7:21
**2017** [2] - 7:6, 18:19
**21** [1] - 7:1
**28** [1] - 18:11
**29** [1] - 7:6

## 3

**3** [2] - 7:22, 7:24
**31** [1] - 18:19

## 4

**4** [2] - 7:25, 8:2

## 5

**5** [2] - 8:3, 8:5

## 6

**6** [2] - 8:6, 8:8

## 7

**7** [2] - 8:9, 8:11
**753** [1] - 18:11

## 8

**8** [2] - 8:12, 8:14

## A

**able** [1] - 16:6
**ABOVE** [1] - 18:14

**ABOVE-ENTITLED** [1] - 18:14
**acceptable** [2] - 4:9, 16:24
**accommodate** [1] - 16:9
**accustomed** [2] - 12:8, 13:2
**activity** [1] - 13:5
**additional** [1] - 2:19
**address** [1] - 16:15
**adjusting** [1] - 12:9
**advise** [3] - 2:6, 5:12, 16:15
**advising** [1] - 2:2
**affiliation** [1] - 6:15
**ago** [1] - 16:6
**agree** [3] - 3:4, 3:14, 4:7
**agreeable** [3] - 3:11, 3:15
**al** [1] - 1:5
**almost** [1] - 1:12
**alternative** [1] - 12:21
**AND** [3] - 18:8, 18:12, 18:14
**ANGELES** [1] - 18:4
**answer** [10] - 2:12, 6:19, 6:20, 7:3, 7:4, 9:19, 11:17, 11:19, 12:14
**answered** [2] - 2:11, 6:22, 8:15, 9:16
**answers** [1] - 11:15
**anyway** [1] - 10:4
**appearance** [1] - 1:6
**approval** [1] - 6:15
**architecture** [1] - 12:6
**argument** [1] - 3:7
**arguments** [1] - 9:8
**arrangement** [1] - 11:5
**arrangements** [4] - 14:19, 16:4, 16:11, 17:8
**arrive** [1] - 10:16
**assembly** [3] - 9:17, 9:25, 10:2
**assume** [1] - 14:5
**attempt** [2] - 10:11, 11:17
**attention** [2] - 11:25, 13:8
**attorney** [2] - 4:1, 4:5
**attorneys** [2] - 10:14, 13:20
**available** [3] - 2:21, 2:22, 13:9

## B

**badges** [2] - 9:22, 15:12
**bailiff** [7] - 6:1, 12:22, 13:18, 13:20, 15:16, 15:18, 16:2
**based** [1] - 12:15
**basis** [1] - 13:2
**beautiful** [1] - 13:11
**begin** [1] - 7:14
**BERG** [7] - 1:7, 1:9, 2:25, 5:1, 7:12, 7:19, 8:21
**Berg** [1] - 1:9
**best** [2] - 3:6, 11:19
**between** [1] - 3:10
**Bivens** [1] - 1:11
**box** [1] - 2:8
**Brandi** [5] - 1:22, 3:17, 6:8, 6:20, 7:4
**briefing** [1] - 16:16
**briefs** [2] - 3:13, 4:10
**bring** [4] - 2:7, 11:25, 13:7, 16:4
**building** [2] - 12:14, 16:12
**built** [1] - 12:5
**bye** [1] - 13:23

## C

**California** [1] - 6:6
**CALIFORNIA** [2] - 18:6, 18:10
**care** [1] - 11:8
**case** [12] - 1:3, 4:19, 6:9, 9:8, 9:13, 10:6, 10:8, 10:14, 11:16, 13:20, 14:2, 14:4
**cases** [1] - 15:18
**caution** [1] - 10:9
**CENTRAL** [1] - 18:9
**Central** [1] - 6:6
**certainly** [1] - 10:21
**CERTIFICATE** [1] - 18:2
**CERTIFY** [1] - 18:10
**civil** [1] - 15:17
**clearly** [1] - 12:6
**CLERK** [14] - 1:3, 6:5, 7:16, 7:19, 7:22, 7:25, 8:3, 8:6, 8:9, 8:12, 10:1, 14:15, 15:3, 15:23
**clerk** [10] - 2:7, 4:16, 4:18, 6:1, 6:4, 7:11, 7:13, 14:13, 15:1,

17:5
**clients** [2] - 4:20, 4:22
**CODE** [1] - 18:11
**coffee** [4] - 12:12, 12:18, 12:19, 12:23
**colleagues** [1] - 1:11
**coming** [1] - 13:4
**communicate** [1] - 9:20
**communication** [1] - 13:24
**compliment** [1] - 4:19
**concerned** [1] - 11:16
**CONCLUDED** [1] - 17:12
**CONFERENCE** [1] - 18:16
**CONFORMANCE** [1] - 18:15
**confusion** [1] - 6:14
**congratulate** [1] - 4:24
**considering** [1] - 11:9
**consumers** [1] - 6:14
**continuing** [1] - 11:2
**CORRECT** [1] - 18:12
**correct** [1] - 5:22
**counsel** [14] - 1:6, 1:12, 2:6, 3:6, 3:14, 4:19, 7:15, 8:17, 9:8, 10:16, 10:23, 16:14, 16:21, 17:7
**country** [2] - 14:6, 14:8
**COUNTY** [1] - 18:4
**course** [2] - 13:21, 17:1
**Court** [14] - 2:17, 4:12, 5:12, 6:5, 6:17, 7:1, 8:17, 10:10, 10:15, 10:22, 16:18, 17:7
**court** [1] - 15:17
**COURT** [32] - 1:8, 1:14, 1:20, 1:23, 3:11, 3:17, 3:21, 4:2, 4:9, 5:5, 5:16, 5:19, 5:22, 5:25, 6:4, 7:8, 7:11, 7:13, 8:15, 8:24, 9:2, 9:4, 10:3, 14:16, 15:4, 15:25, 16:24, 17:2, 17:10, 18:8, 18:9, 18:23
**Court's** [1] - 6:10
**courthouse** [3] -

11:6, 12:4, 12:5
**COURTROOM** [2] - 5:4, 15:24
**courtroom** [6] - 5:7, 9:23, 13:4, 15:19, 16:5, 17:4
**CSR** [1] - 18:22
**curious** [1] - 9:14
**cut** [1] - 3:3
**CV-10-2034** [1] - 1:4

## D

**daily** [1] - 13:2
**DATE** [1] - 18:19
**dated** [1] - 7:6
**David** [1] - 1:9
**decision** [2] - 8:22, 16:16
**defendant** [4] - 6:18, 6:20, 7:2, 7:4
**defendants** [4] - 6:9, 6:12, 6:24, 8:24
**defense** [1] - 16:25
**defer** [1] - 7:15
**deliberate** [1] - 9:11
**deliberating** [2] - 5:6, 15:20
**deputy** [1] - 9:23
**desire** [1] - 15:6
**different** [1] - 12:6
**disagree** [1] - 4:8
**discuss** [2] - 2:23, 10:6
**discussed** [1] - 4:6
**disgorgement** [2] - 3:25, 4:4
**DISTRICT** [2] - 18:9, 18:10
**District** [2] - 6:5, 6:6
**DO** [1] - 18:10
**document** [1] - 16:18
**documentation** [1] - 4:4
**done** [2] - 4:25, 9:11
**down** [1] - 15:14
**downstairs** [2] - 11:4, 12:25
**dress** [2] - 6:13, 6:25
**drink** [1] - 12:24
**drinkers** [1] - 12:24
**dry** [1] - 3:3
**duties** [2] - 9:4, 13:13

## E

**eat** [1] - 14:22

**eight** [1] - 5:6
**either** [4] - 2:14, 4:11, 7:8, 16:4
**electric** [1] - 12:14
**electricity** [1] - 12:17
**Elements** [7] - 1:4, 1:17, 3:15, 4:5, 6:8, 6:18, 7:2
**encountered** [1] - 11:11
**enter** [1] - 11:6
**ENTER** [1] - 5:4
**ENTITLED** [1] - 18:14
**equipment** [2] - 11:24, 12:7
**escort** [1] - 4:17
**escorted** [1] - 12:24
**escorts** [1] - 13:18
**estimate** [1] - 2:23
**et** [1] - 1:5
**evidence** [4] - 2:19, 9:7, 9:10, 11:2
**evidentiary** [3] - 3:2, 3:9, 4:11
**exactly** [1] - 11:24
**example** [1] - 10:25
**excellent** [1] - 4:20
**except** [1] - 15:19
**excuse** [2] - 2:17, 8:18
**excused** [6] - 3:12, 9:13, 10:5, 13:14, 15:22, 15:25
**exhibits** [2] - 3:8, 9:9
**EXIT** [1] - 15:24
**expect** [2] - 3:13, 12:11
**expected** [1] - 2:3
**extent** [2] - 10:23, 12:1

**F**

**fact** [1] - 11:1
**facts** [3] - 3:2, 3:24, 4:3
**factual** [1] - 3:23
**Fay** [2] - 1:11, 3:4
**FAY** [6] - 3:5, 3:23, 4:3, 8:20, 16:20, 17:9
**FEDERAL** [1] - 18:23
**federal** [1] - 15:17
**fees** [2] - 4:1, 4:5
**felt** [2] - 4:11, 4:12
**few** [1] - 17:4
**file** [2] - 16:18, 16:22
**fine** [2] - 10:13, 10:14

**first** [1] - 16:10
**follows** [1] - 6:11
**football** [1] - 1:15
**FOR** [2] - 18:8, 18:9
**FOREGOING** [1] - 18:12
**FOREPERSON** [5] - 5:15, 5:18, 5:21, 5:24, 6:3
**foreperson** [4] - 2:2, 5:11, 5:19, 7:7
**forgetting** [1] - 14:12
**forgot** [2] - 1:13, 14:14
**form** [4] - 2:9, 6:1, 14:24, 16:19
**Form** [1] - 6:10
**FORMAT** [1] - 18:15
**forth** [1] - 16:19
**free** [1] - 10:6
**Friday** [1] - 14:19
**friend** [1] - 1:12
**fulfill** [1] - 9:6
**fulfilled** [3] - 9:4, 13:13
**future** [3] - 11:21, 12:20, 15:13

**G**

**given** [1] - 9:9
**Globefill** [2] - 1:4, 1:9
**globefill** [1] - 6:7
**good-bye** [1] - 13:23
**goods** [1] - 6:16
**government** [1] - 16:13
**guess** [1] - 14:19

**H**

**hand** [2] - 9:19, 13:22
**hear** [1] - 11:2
**hearing** [3] - 3:2, 3:9, 4:11
**HELD** [1] - 18:13
**help** [1] - 10:21
**helpful** [2] - 10:22, 10:23
**helps** [1] - 11:20
**HEREBY** [1] - 18:10
**Hernan** [1] - 1:12
**Honor** [18] - 1:7, 1:16, 1:21, 2:25, 3:5, 3:16, 3:19, 3:24, 5:1, 5:2, 5:3, 5:21, 7:10,

7:12, 8:20, 8:25, 16:20, 17:1
**hope** [2] - 14:2, 14:9
**hopefully** [1] - 16:12
**hot** [1] - 12:24
**hours** [1] - 2:2
**HUMMEL** [6] - 1:15, 3:15, 5:2, 7:10, 8:25, 17:1
**Hummel** [1] - 1:17
**Humphry** [1] - 5:18

**I**

**immediately** [1] - 16:3
**impanel** [1] - 10:22
**impaneled** [1] - 11:2
**important** [2] - 14:15, 14:16
**IN** [3] - 18:8, 18:13, 18:15
**Incorporated** [6] - 1:4, 1:5, 6:7, 6:8, 6:19, 7:3
**indicates** [1] - 5:8
**information** [2] - 15:12, 16:19
**inquiry** [1] - 10:19
**instead** [1] - 3:1
**Instruction** [2] - 6:17, 7:1
**instructions** [1] - 9:9
**intend** [1] - 8:18
**intentionally** [1] - 6:25
**interest** [1] - 13:12
**interested** [1] - 2:22
**involved** [1] - 3:18
**IS** [2] - 18:12, 18:15
**issue** [2] - 3:18, 11:11
**issues** [3] - 3:10, 3:23, 4:24
**item** [1] - 1:3

**J**

**Jenny** [1] - 1:10
**job** [2] - 4:20, 4:25
**Jon** [1] - 1:22
**JUDICIAL** [1] - 18:16
**Juror** [2] - 7:16, 7:22
**JUROR** [8] - 7:18, 7:21, 7:24, 8:2, 8:5, 8:8, 8:11, 8:14
**juror** [8] - 7:19, 7:25, 8:3, 8:6, 8:9, 8:12,

10:8, 14:3
**JURORS** [2] - 5:4, 15:24
**jurors** [9] - 5:6, 9:6, 10:9, 10:22, 10:24, 11:4, 12:20, 15:20, 17:5
**jury** [31] - 1:24, 2:3, 2:4, 2:7, 2:8, 2:14, 2:17, 3:12, 4:17, 5:9, 5:13, 5:20, 5:22, 6:11, 7:7, 7:9, 8:18, 8:21, 9:10, 9:14, 9:17, 9:22, 9:24, 10:21, 11:1, 12:3, 14:7, 14:8, 15:11, 15:25, 16:7
**Jury** [1] - 5:8
**JURY** [5] - 5:15, 5:18, 5:21, 5:24, 6:3
**justice** [1] - 14:5

**K**

**Keith** [1] - 1:17
**KIM** [1] - 5:3
**Kim** [5] - 1:10, 1:22, 6:8, 6:20, 7:4
**KLEEGER** [2] - 18:8, 18:22

**L**

**large** [1] - 16:9
**last** [1] - 16:5
**law** [2] - 4:8, 9:9
**lawyers** [2] - 10:10, 13:15
**learn** [1] - 10:20
**leave** [3] - 15:6, 16:12, 17:5
**legal** [1] - 3:10
**lessons** [1] - 10:21
**lights** [1] - 12:16
**likely** [1] - 6:13
**line** [1] - 11:4
**listened** [2] - 9:7, 9:8
**local** [1] - 1:12
**location** [1] - 9:18
**look** [1] - 2:8
**looking** [1] - 14:13
**looks** [1] - 10:3
**LOS** [1] - 18:4
**love** [1] - 13:7
**lunch** [8] - 14:17, 14:19, 14:20, 14:21, 14:22, 14:25, 15:14, 16:13

**M**

**machine** [3] - 12:13, 12:19, 12:20
**manner** [1] - 6:13
**MARCH** [1] - 18:19
**March** [1] - 7:6
**Mathew** [1] - 5:18
**MATTER** [1] - 18:14
**matters** [2] - 8:16, 16:14
**meaning** [1] - 10:10
**mentioned** [1] - 12:2
**Mery** [1] - 1:11
**mic** [1] - 5:10
**might** [2] - 4:7, 16:17
**Mike** [1] - 1:10
**mike** [1] - 5:14
**MILLER** [3] - 1:21, 3:19, 9:3
**Miller** [1] - 1:22, 9:2
**minutes** [1] - 17:4
**modern** [1] - 12:7
**moment** [2] - 11:13, 11:14
**morning** [8] - 1:7, 1:8, 1:14, 1:16, 1:20, 1:21, 1:23, 12:12
**movement** [1] - 12:15
**moving** [1] - 12:16
**MR** [22] - 1:7, 1:9, 1:15, 1:21, 2:25, 3:5, 3:15, 3:19, 3:23, 4:3, 5:1, 5:2, 7:10, 7:12, 7:15, 8:20, 8:21, 8:25, 9:3, 16:20, 17:1, 17:9
**MS** [1] - 5:3

**N**

**name** [2] - 5:11, 5:16
**necessary** [3] - 2:12, 16:4, 17:8
**need** [4] - 3:8, 9:22, 9:24, 10:4
**needed** [3] - 4:11, 4:12, 12:24
**needs** [1] - 12:17
**new** [2] - 11:3, 12:3
**newness** [1] - 12:9
**NO** [8] - 7:18, 7:21, 7:24, 8:2, 8:5, 8:8, 8:11, 8:14
**noon** [2] - 15:3, 15:5
**note** [3] - 1:24, 2:1, 2:6
**Note** [4] - 1:25, 2:1,

2:4, 5:8
**nothing** [1] - 12:17
**notice** [3] - 13:3, 13:4, 13:5
**noticed** [1] - 11:23
**number** [3] - 1:3, 4:7, 6:12

**O**

**oath** [1] - 9:6
**obligations** [1] - 9:15
**obviously** [1] - 4:5
**occurred** [1] - 11:13
**OF** [7] - 18:2, 18:4, 18:6, 18:10, 18:12, 18:15, 18:16
**office** - 15:12
**OFFICIAL** [2] - 18:8, 18:23
**old** [1] - 12:8
**one** [3] - 3:24, 12:13, 17:7
**opportunity** [2] - 4:22, 16:21
**option** [1] - 15:15
**order** [2] - 2:16, 12:19
**ordered** [2] - 14:16, 14:21
**ordinary** [1] - 6:14
**outside** [2] - 13:12

**P**

**PAGE** [1] - 18:14
**panels** [1] - 11:20
**papers** [1] - 3:1
**parties** [2] - 2:18, 3:10
**parties'** [1] - 6:15
**partners** [1] - 1:10
**permitted** [2] - 10:10, 10:18
**person** [1] - 11:17
**phase** [1] - 2:19
**plaintiff** [1] - 6:7
**plaintiffs** [2] - 3:21, 8:19
**planning** [1] - 4:14
**point** [2] - 15:8, 15:19
**poll** [1] - 2:15
**polled** [2] - 2:15, 7:9
**portable** [2] - 5:10, 5:14
**position** [1] - 11:19
**possibility** [1] - 4:7

**precluded** [1] - 10:7
**prepared** [1] - 12:19
**presented** [9] - 2:20, 7:17, 7:20, 7:23, 8:1, 8:4, 8:7, 8:10, 8:13
**presenting** [1] - 10:24
**pretty** [4] - 3:2, 3:3, 15:5, 16:8
**principal** [1] - 3:9
**problem** [2] - 12:18, 12:21, 12:22
**procedure** [1] - 11:15
**proceed** [1] - 6:22
**PROCEEDINGS** [2] - 17:12, 18:13
**promised** [1] - 9:5
**proud** [1] - 14:9
**provide** [1] - 4:6
**provided** [1] - 14:20
**providing** [1] - 16:13
**purpose** [2] - 9:25, 13:21
**PURSUANT** [1] - 18:10
**put** [1] - 16:17

**Q**

**questions** [6] - 9:16, 9:19, 11:14, 11:18, 11:20, 16:1
**quite** [1] - 12:10

**R**

**Rafferty** [1] - 1:18
**raise** [2] - 2:18, 8:17
**raised** [1] - 4:15
**reach** [1] - 15:19
**reached** [5] - 2:5, 5:9, 5:13, 5:23, 10:11
**read** [10] - 2:13, 6:4, 7:17, 7:20, 7:23, 8:1, 8:4, 8:7, 8:10, 8:13
**ready** [2] - 4:16, 13:22
**realize** [1] - 12:4
**Rebecca** [1] - 1:18
**receive** [1] - 4:10
**received** [3] - 4:4, 9:10, 11:13
**recess** [1] - 17:10
**record** [5] - 5:5, 5:12, 5:17, 16:15, 16:17
**reflect** [1] - 5:5
**REGULATIONS** [1] -

18:15
**related** [1] - 4:3
**relating** [1] - 3:24
**remain** [1] - 13:21
**remember** [1] - 2:1
**rendered** [4] - 14:3, 14:11, 15:10, 15:17
**REPORTED** [1] - 18:13
**REPORTER** [3] - 18:2, 18:8, 18:23
**represent** [1] - 4:21
**representation** [1] - 4:23
**representing** [1] - 4:20
**request** [1] - 3:25
**research** [1] - 10:6
**respond** [1] - 13:25
**responsibilities** [1] - 9:5
**responsibility** [1] - 14:5
**Rettig** [1] - 1:19
**return** [4] - 9:24, 10:1, 14:22, 15:12
**returned** [2] - 9:11, 9:23
**review** [1] - 6:2
**rise** [1] - 15:23
**room** [8] - 9:10, 9:17, 9:25, 10:2, 12:15, 14:22, 16:7, 16:9

**S**

**schedule** [3] - 4:12, 16:16, 16:22
**seated** [2] - 2:8, 5:6
**second** [1] - 12:3
**SECTION** [1] - 18:11
**security** [1] - 11:8
**See** [1] - 7:1
**see** [5] - 4:23, 6:17, 14:12, 16:10, 16:22
**seek** [1] - 11:15
**sent** [1] - 9:10
**service** [8] - 8:22, 9:1, 14:1, 14:2, 14:10, 15:9, 15:16, 15:21
**serving** [3] - 10:8, 11:6, 14:3
**sets** [1] - 16:19
**SHERI** [2] - 18:8, 18:22
**side** [2] - 2:14, 7:8
**sides** [2] - 3:1, 4:20
**signed** [1] - 7:7
**slight** [1] - 14:18

**small** [2] - 13:1, 16:8
**snag** [1] - 14:18
**solved** [1] - 12:22
**someone** [1] - 9:17
**sometimes** [1] - 4:22
**soon** [1] - 15:5
**sources** [1] - 6:14
**Spirits** [5] - 1:5, 1:17, 6:8, 6:18, 7:2
**sponsorship** [1] - 6:15
**SS** [1] - 18:5
**state** [3] - 1:6, 5:11, 5:16
**STATE** [1] - 18:6
**States** [1] - 6:5
**STATES** [3] - 18:9, 18:11, 18:16
**stay** [1] - 13:10
**STENOGRAPHICALLY** [1] - 18:13
**still** [1] - 12:9
**stipulation** [2] - 16:19, 16:23
**submit** [2] - 3:1, 3:7
**summon** [1] - 11:3
**summoned** [1] - 9:15
**summons** [1] - 11:13
**supporting** [1] - 3:7
**suppose** [1] - 14:23
**system** [2] - 14:5, 14:9

**T**

**team** [1] - 1:15
**terms** [1] - 14:3
**THAT** [2] - 18:10, 18:14
**THE** [56] - 1:3, 1:8, 1:14, 1:20, 1:23, 3:11, 3:17, 3:21, 4:2, 4:9, 5:4, 5:5, 5:16, 5:19, 5:22, 5:25, 6:4, 6:5, 7:8, 7:11, 7:13, 7:16, 7:19, 7:22, 7:25, 8:3, 8:6, 8:9, 8:12, 8:15, 8:24, 9:2, 9:4, 10:1, 10:3, 14:15, 14:16, 15:3, 15:4, 15:23, 15:24, 15:25, 16:24, 17:2, 17:10, 18:9, 18:11, 18:12, 18:13, 18:14, 18:15, 18:16
**Thomas** [1] - 1:18
**TITLE** [1] - 18:11
**TO** [1] - 18:11
**today** [4] - 2:3, 2:21, 3:6, 4:14

**tomorrow** [2] - 2:22, 4:15
**took** [1] - 9:6
**trade** [2] - 6:13, 6:25
**traditional** [1] - 12:19
**TRANSCRIPT** [2] - 18:12, 18:14
**trial** [1] - 16:5
**trials** [3] - 10:24, 14:7, 14:8
**tried** [1] - 12:3
**true** [1] - 5:12
**TRUE** [1] - 18:12
**Tuesday** [2] - 11:3
**two** [1] - 3:23
**type** [1] - 9:16
**typically** [1] - 15:18

**U**

**unable** [1] - 11:18
**unanimous** [4] - 2:5, 5:9, 5:13, 5:23
**unanimously** [2] - 2:10, 6:11
**UNITED** [3] - 18:9, 18:11, 18:16
**United** [1] - 6:5
**unknown** [1] - 11:9
**unless** [1] - 8:16
**up** [5] - 14:13, 15:1, 15:4, 15:11, 16:22
**usual** [1] - 13:5

**V**

**valuable** [1] - 10:21
**Vera** [1] - 1:12
**verdict** [27] - 2:5, 2:9, 2:12, 5:9, 5:13, 5:23, 5:25, 6:4, 7:16, 7:17, 7:19, 7:20, 7:22, 7:23, 7:25, 8:1, 8:3, 8:4, 8:6, 8:7, 8:9, 8:10, 8:12, 8:13, 9:12, 10:12, 10:17
**Verdict** [1] - 6:10
**versus** [2] - 1:4, 6:7
**Vickie** [1] - 1:11

**W**

**wait** [1] - 17:4
**week** [1] - 16:6
**wilfully** [1] - 6:25
**willing** [2] - 13:16, 14:4

**wish** [9] - 2:16, 7:8, 9:20, 10:14, 13:10, 13:15, 14:22, 14:25, 16:14

**wishes** [2] - 2:14, 8:17

**WITH** [1] - 18:15

**words** [1] - 2:10

**write** [2] - 13:11, 13:24

## Y

**year** [1] - 9:16

**years** [2] - 11:10, 12:5

**yesterday** [5] - 2:18, 10:25, 14:17, 14:20

**yourselves** [1] - 14:4

## Z

**Zenobia** [1] - 1:11